UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOSEPH SPENCER,

                       Defendant.

04 Cr. 1156 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In light of the Court's order today granting defendant Joseph's Spencer motion for reconsideration and underlying motion for compassionate release, the Court directs the Government, the defense, and the Probation Department to promptly confer and to file a joint letter advising the Court whether any further administrative action is needed from the Court to properly terminate Spencer's term of imprisonment and supervision. The parties are to file such a letter no later than Monday, July 13, 2020.

SO ORDERED.

                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: July 10, 2020
       New York, New York