UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOSEPH SPENCER,

                Defendant.

04 Cr. 1156 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 10, 2020, the Court granted defendant Joseph Spencer's motion for reconsideration and underlying motion for compassionate release. Dkt. 84. In light of that order, the Court re-sentences Spencer to time served.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 14, 2020
       New York, New York